# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ROYAL PALM PROPERTIES, LLC,
a Florida limited liability company

*Plaintiff(s)*

v.

PINK PALM PROPERTIES, LLC,
a Florida limited liability company

*Defendant(s)*

Civil Action No. 17-cv-80476-RLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PINK PALM PROPERTIES, LLC
c/o Andrew R. Comiter, Esq., Registered Agent
3801 PGA Blvd, Suite 604
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas U. Graner, Esq.
Graner Platzek & Allison, P.A.
720 E. Palmetto Park Road
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Apr 17, 2017

*s/ Maria Cruz*

Deputy Clerk
U.S. District Courts